JS - 6

FILED: 6/20/12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al ) <br> ) <br>            Plaintiff, ) <br> ) <br>    vs. ) <br> ) <br> MARLENE RUBALCABA, et al ) <br> ) <br>           Defendants. ) <br> _____) | CASE NO. CV 12-1866 GHK (VBKx) <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by plaintiff that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FOURTEEN (14) DAYS**, to reopen the action if settlement is not consummated.

Dated: 6/20/12

GEORGE H. KING
United States District Judge