JS - 6

**FILED: 6/20/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. CV 12-1866 GHK (VBKx) |
| vs. ) | |
| ) | |
| MARLENE RUBALCABA, et al ) | **ORDER OF DISMISSAL** |
| ) | |
| Defendants. ) | |

The Court having been advised by plaintiff that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FOURTEEN (14) DAYS**, to reopen the action if settlement is not consummated.

Dated: 6/20/12

GEORGE H. KING
United States District Judge