**FILED: 12/5/12**

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Disney Enterprises, Inc., et al.*,<br><br>            **Plaintiffs,**<br><br>     v.<br><br>*Marlene Rubalcaba* aka *Marlene Martinez* aka *Marlene Mireles* aka *Marlene Martinez-Mireles,* an individual and **dba** *www.imageinvites.com*,<br><br>            **Defendant.**<br>_____ | CASE NO. CV 12-1866-GHK (VBKx)<br><br>JUDGMENT |

    Pursuant to the Court's December 5, 2012 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiffs Disney Enterprises, Inc. ("Disney") and Sanrio, Inc. ("Sanrio" and, collectively with Disney, "Plaintiffs") against Defendant Marlene Rubalcaba *aka* Marlene Martinez *aka* Marlene Mireles *aka* Marlene Martinez-Mireles, an individual and *dba* www.imageinvites.com.  As to Disney, we award judgment in the following amounts: (1) $260,000 in damages; and (2) $8800 in attorney fees pursuant to Local Rule 55-3.  As to Sanrio, we award judgment in the following amounts: (1) $10,000 in damages; and (2) $1200 in attorney fees pursuant to Local Rule 55-3.  Post-judgment interest shall accrue

on the judgment pursuant to 28 U.S.C. § 1961.[1]

Further, pursuant to the Court's December 5, 2012 Order, Defendant is permanently enjoined as follows: Defendant and her agents, servants, employees and all persons in active concert and participation with her who receive actual notice of the injunction are hereby restrained and enjoined from: (1) infringing Plaintiffs' intellectual properties, including their copyrights and trademarks ("Plaintiffs' Properties"), either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise which features any of Plaintiffs' Properties, and, specifically: importing, manufacturing, distributing, advertising, selling and/or offering for sale unauthorized counterfeit merchandise featuring Plaintiffs' Properties ("Infringing Products") or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties; (2) importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties; (3) engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant herself are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs; (4) affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent

---

[1] Section 1961 states that "[s]uch interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding[] the date of the judgment," to be computed daily and compounded annually.

such goods as being those of Plaintiffs. Defendant is ordered to deliver for destruction to Plaintiffs' counsel, within thirty (30) days of service upon Defendant of this injunction, all Infringing Product, and any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties and any labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of Plaintiffs' Properties or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same.

**IT IS SO ORDERED**.

DATED: December 5, 2012

_____
GEORGE H. KING
Chief United States District Judge